# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | | |
|---|---|---|
| Monique Rue, | ) | |
| | ) | |
| Plaintiff, | ) | CASE NO. 1:10CV00643 |
| | ) | |
| vs. | ) | |
| | ) | |
| Aegis Receivables Management, Inc. | ) | |
| | ) | DISMISSAL ENTRY |
| Defendant. | ) | |

Counsel has advised the Court by telephone today that this case has settled. Accordingly, this case is hereby dismissed with prejudice, each party to bear its own costs.

The Court retains jurisdiction over the settlement agreement.

**IT IS SO ORDERED.**

_____
Dan Aaron Polster
United States District Judge