## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| MONIQUE RUE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 1:10-cv-00643-DAP |
| vs. ) | |
| ) | |
| AEGIS RECEIVABLES ) | **STIPULATION OF DISMISSAL** |
| MANAGEMENT, INC., ) | |
| ) | |
| Defendant. ) | |

Now come the Plaintiff, MONIQUE RUE, and the Defendant, AEGIS RECEIVABLES MANAGEMENT, INC., and hereby advise the Court that they have stipulated that this matter shall be dismissed with prejudice, each party to assume their own costs, subject to a settlement agreement reached between the parties.

/s/ David B. Levin
David B. Levin (0059340)
Attorney for Plaintiff
Luxenburg & Levin, LLC
23240 Chagrin Blvd.
Suite 601
Beachwood, OH 44122
 (888) 595-9111, ext. 711
(866) 382-0092  facsimile
dlevin@attorneysforconsumers.com

/s/ Franklin C. Malemud
Mr. Franklin C. Malemud
Attorney for Defendant
Reminger Co., L.P.A.
1400 Midland Building
101 Prospect Avenue, West
Cleveland, OH 44115-1093
(216) 430-2225
(216) 430-2284  facsimile
fmalemud@reminger.com

## **CERTIFICATE OF SERVICE**

     I hereby certify that on May 3, 2010, a copy of the foregoing Stipulation of Dismissal was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

                                        /s/ David B. Levin
                                        David B. Levin (0059340)
                                        Attorney for Plaintiff
                                        Luxenburg & Levin, LLC
                                        23240 Chagrin Blvd.
                                        Suite 601
                                        Beachwood, OH 44122
                                        (888) 595-9111, ext. 711
                                        (866) 382-0092 facsimile
                                        dlevin@attorneysforconsumers.com